1  JOSEPH P. RUSSONIELLO, CSBN 44332                              *E-filed 3/28/08*
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                 SAN JOSE DIVISION
11
   HASAN ERTAS,                          )
12                                       )   No. C 07-6499 HRL
                   Plaintiff,            )
13                                       )
         v.                              )   **STIPULATION TO DISMISS;**
14                                       )   ~~PROPOSED~~ **ORDER**
   MICHAEL CHERTOFF, Secretary of the    )
15 Department of Homeland Security;      )
   EMILIO T. GONZALEZ, Director of United)
16 States Citizenship and Immigration Services, )
                                         )
17                 Defendants.           )
                                         )
18

19     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of

20 record, hereby stipulate, to dismissal of the above-entitled action without prejudice in light of the fact

21 that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for

22 adjustment of status.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION
C07-6499 HRL                              1

1    Each of the parties shall bear their own costs and fees.

2

3    Dated: March 25, 2008                    Respectfully submitted,

4                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
5

6                                                    /s/
                                              MELANIE L. PROCTOR[1]
7                                             Assistant United States Attorney
                                              Attorneys for Defendants
8

9    Dated: March 25, 2008                           /s/
                                              JUSTIN FOK
10                                            Attorney for Plaintiff

11                              **~~PROPOSED~~ ORDER**

12       Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby TERMINATED,

13   and the Case Management Conference scheduled for April 15, 2008, is hereby VACATED.  The Clerk

14   shall close the file.

15   Dated:  3/28/08
                                              _____
16                                            HOWARD R. LLOYD
                                              United States Magistrate Judge

---

28       [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C07-6499 HRL                                  2